## Case No. 16,006.

### UNITED STATES v. PATRICK.

[2 Cranch, C. C. 66.] [1]

Circuit Court, District of Columbia. Dec. Term, 1812.

RAPE BY SLAVE.

An attempt, by a slave, to ravish a white woman is punishable by death.

The defendant, a slave, was convicted of an attempt to ravish a white woman. The indictment was under the act of assembly of Maryland, 1751, c. 14, § 2.

Judgment of death was entered on the 30th of January, 1813, and executed on the 11th of March. The slave was valued by the court at 400 dollars, according to the 7th section of the act.